**NOT FOR PUBLICATION**

MAY 03 2011

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| YAQUELINA JANNETH MACHADO-TORREZ, | No. 08-74330 |
| Petitioner, | Agency No. A200-109-392 |
| v. | MEMORANDUM* |
| ERIC H. HOLDER, Jr., Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 20, 2011**

Before:     RYMER, THOMAS, and PAEZ, Circuit Judges.

Yaquelina Janneth Machado-Torrez, a native and citizen of Honduras,

petitions for review of the Board of Immigration Appeals' order dismissing her

appeal from an immigration judge's decision denying her application for

withholding of removal.  We have jurisdiction under 8 U.S.C. § 1252.  We review

---

\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

for substantial evidence, *Zehatye v. Gonzales*, 453 F.3d 1182, 1184-85 (9th Cir. 2006), and we deny the petition for review.

Substantial evidence supports the agency's determination that, even if Machado-Torrez's testimony were credible and she established past persecution, the government established by a preponderance of evidence that Machado-Torrez could reasonably relocate within Honduras. *See* 8 C.F.R. § 1208.16(b)(1)(i)(B), (b)(1)(ii); *see also Knezevic v. Ashcroft*, 367 F.3d 1206, 1214-15 (9th Cir. 2004) (presumption of future persecution can be rebutted by showing that under all the circumstances the applicant could reasonably be expected to relocate). Accordingly, Machado-Torrez's withholding of removal claim fails.

**PETITION FOR REVIEW DENIED.**